UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                                     Case No.: 8:06-mc-22-T-23MSS

MARIA D. TRUJILIO de ALVAREZ,

    Respondent.
_____/

## ORDER TO SHOW CAUSE

This cause comes before the Court for consideration of Petitioner's Motion to Enforce Internal Revenue Service Summons (the "Motion") (Dkt. 1). Petitioner informs the Court that Respondent has failed to date to respond to a summons properly served on her by the Internal Revenue Service on August 2, 2005. Petitioner asks the Court to enter an Order to Show cause directing Respondent to show cause why she has failed to comply with the summons.

Upon consideration, the Undersigned finds that Petitioner's Motion (Dkt. 1) should be **GRANTED**. Therefore, it is **ORDERED** that:

1. Respondent, Maria D. Trujilio de Alvarez is to appear before the Undersigned in Courtroom 10A at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on Wednesday, May 3, 2006, at 10:00 am, to show cause why she should not be compelled to comply with the Internal Revenue Service summons served upon her on August 2, 2005;

2. Within ten days of service of a copy of this Order, Respondent shall file and serve a written response to the Petition; and,

3. Within twenty (20) days of the entry of this Order the United States shall arrange for a duly authorized official of the Internal Revenue Service, the United States Marshals Service, or a private process server to serve upon Respondent of a copy of this Order to Show Cause, together with a copy of the Petition. Within thirty (30) days the United States shall file the return of service with the Clerk of the Court.

DONE AND ORDERED in Tampa, Florida, on this 22nd day of March 2006.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to: Patricia A. Willing, AUSA